20cr-228 DWF/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| v. | ) 21 U.S.C. § 841(b)(1)(A) |
| | ) 21 U.S.C. § 846 |
| 1.  MIGUEL EDUARDO DEL REAL, | ) 21 U.S.C. § 853 |
| | ) 28 U.S.C. § 2461 |
| 2.  GERALD ALLEN JENSEN, | ) |
| | ) |
| 3.  IVAN LOPEZ, | ) |
| | ) |
| 4.  JUAN JOSE PANIAGUA JR., and | ) |
| | ) |
| 5.  AARON MICHAEL STENQUIST, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine)

Beginning in or about approximately May 2020, and continuing through in or about September 2020, the exact dates being unknown to the grand jury, in the State and District of Minnesota and elsewhere, the defendants,

**MIGUEL EDUARDO DEL REAL,
GERALD ALLEN JENSEN,
IVAN LOPEZ,
JUAN JOSE PANIAGUA JR., and
AARON MICHAEL STENQUIST,**

did knowingly and intentionally conspire with each other and others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a


SCANNED
OCT 20 2020
U.S. DISTRICT COURT MPLS

*United States v. Miguel Eduardo Del Real et al.*

detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

## COUNT 2
(Possession with the Intent To Distribute Methamphetamine)

On or about September 18, 2020, in the State and District of Minnesota, the defendants,

**MIGUEL EDUARDO DEL REAL,
IVAN LOPEZ, and
JUAN JOSE PANIAGUA JR.,**

aided and abetted by each other and others, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

If convicted of Count 1 or 2 of this Indictment, the defendants,

**MIGUEL EDUARDO DEL REAL,
GERALD ALLEN JENSEN,
IVAN LOPEZ,
JUAN JOSE PANIAGUA JR., and
AARON MICHAEL STENQUIST,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds obtained directly or indirectly as a

<u>United States v. Miguel Eduardo Del Real et al.</u>

result of each such violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations, including but not limited to:

    a. a silver Smith & Wesson 9mm semi-automatic handgun with black grips, serial number TCV2775;

    b. $11,800 U.S. currency seized by law enforcement on September 16, 2020;

    c. $6,755 U.S. currency seized by law enforcement on September 18, 2020; and

    d. $1,900 U.S. currency seized by law enforcement on September 22, 2020.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in 21 U.S.C. § 853(p).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                   FOREPERSON